# Third District Court of Appeal

## State of Florida

Opinion filed January 7, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-3203
Lower Tribunal No. 10-19696
_____


**Mario Chalmers,**
Appellant,

vs.

**Brittany Burrough,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Antonio E. Marin, Judge.

Nancy A. Hass (Hallandale Beach), for appellant.

Simon, Schindler & Sandberg, LLP and Roger J. Schindler, for appellee.


Before SALTER, EMAS and LOGUE, JJ.

EMAS, J.

Appellant, Mario Chalmers appeals the trial court's supplemental final judgment which modified child support and parental responsibility as to the parties' minor child, Q.E.C.

We affirm the supplemental final judgment in all respects, with one exception. We reverse and remand for the trial court to clarify whether the supplemental final judgment maintained the parents' shared parental responsibility (with Appellee given ultimate decision-making on medical, health and educational issues[1], or whether the supplemental final judgment modified the final judgment by awarding Appellee sole parental responsibility, requiring a determination that maintaining shared parental responsibility would be detrimental to the child. See § 61.13(2)(c)2., Fla. Stat. (2012); Hunter v. Hunter, 540 So. 2d 235 (Fla. 3d DCA 1989).[2]

We therefore reverse in part the supplemental final judgment and remand for further proceedings as may be necessary on this limited issue, and for entry of an amended supplemental final judgment. In all other respects, the supplemental final judgment is affirmed.

---

[1] See § 61.13(2)(c)2.a., Fla. Stat. (2012).

[2] Appellee conceded at oral argument that there was not competent substantial evidence to support a finding that shared parental responsibility would be detrimental to the child.